A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __02-20944__

**CIV-LENARD**

MAGISTRATE JUDGE
SORRENTINO

Mr. Gus Lanese )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)
               v.          )

Edwin N. Cambridge #3514 )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the
defendant or defendants in this
action.)

cat/div B-Dade "1983"
Case # 02-20944-CIV-
Judge Lenard  Mag CtS
Motn Ifp NO    Fee pd$ NO
Receipt #

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or

Page 1 of  6



plaintiffs must sign and swear to the complaint.  <u>If you need additional space to answer a question, use an additional blank page</u>.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district.  Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed.  If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet.  Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to each defendant, the United States Marshal will require you to pay for the cost of this service.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                                       Yes (✓)    No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: _Mr. Gus Lanier, Safety Cell 602 1321 N.W. 13th Street, Miami, Fla 33125_

   Defendants: _Officer Conrad Greaves #60-04542 6950 N.W. 41st Street, Miami, Florida 33166_

2. Court (if federal court, name the district; if state court, name the county): _United States District Court, Southern District of Florida_

3. Case Number: _02-20100-CIV-Lenard_

4. Name of Judge to whom case was assigned: _Lenard, Magistrate Judge Sorrentino_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _it is still pending_

6. Approximate date of filing lawsuit: _1/4/2002_

7. Approximate date of disposition: _none_

II. Place of present confinement: _Pre-Trial Detention Center, Safety Cell 602, 1321 N.W. 13th Street, Miami, Fla 33125_

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

C. If your answer is YES:

1. What steps did you take? *Filed Inmate Grievances, phoned Internal Affairs and Head Quarter's, and wrote Complaint's To Jail and (IA).*

2. What was the result? *Each parties Discriminating Against my filed Complaint and investigation and Neglecting all my filed Grievances.*

D. If your answer is NO, explain why not: _____

_____

_____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff *Mr. Gus Lanier # 00-92537*

Address *Pre-Trial Detention Center, Safely cell 602 1321 N.W. 13th Street, Miami, Florida 33125*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant *Edwin N. Cambridge # 60-3514*

is employed as *Correctional Officer (Captain)*

at *1321 N.W. 13th Street, Miami, Florida 33125*

C.   Additional Defendants: Director, Lois Spears
     (305) 229-7498
     Head Quarter's office
     8660 West Flagler Street
     Miami, Florida
     33144

IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Captain, Edwin N. Cambridge conspired to place me in solitary confinement without due process. He provoked others action to beat, threaten, harrasse and intimidate me. Allowed an Rec-officer to beat me up on March 20, 2002 at approximately with excussive force, who threaten me if I report it, and I'am proceeding pro'se In my criminal case(s) He interferences in my proceeding. Denying my Rights to call each party assigned on my case, attend library, Denying my Rights to file Grievances, Holding Back my documents, allowing officers to invade my privacy, reading and keeping copies of my documents, Denying

Medical, Dental and Mental Health services, Clinic visits, visitation, Interviews, keeping a video camera inside my cell 602, utilizing false reports to keep me into Solitary confinement Denying me reasonable access to The court's, Taking Depositions and Director, Lois Spears covering up these criminal activities Against me!

V. Relief

<u>State briefly exactly what you want the court to do so for you</u>. Make no legal arguments. Cite no cases or statutes.

I wish To suit Captain, Edwin N. Cambridge for 800,000.00 for Damages of Mentally, and physically, Discrimination and Neglecting my services. Conspired To Frustrate my proceeding. Denying my constitutional Rights To Attend Library services use The phone To call my Judge secretary, Standby Counsel, Investigator and prosecutor, violating my confidentility. Holding Back my civil and Legal Documents. Denied my Due process; placing me In Solitary confinement and suit Lois Spears for covering it up. 800,000.00 for Damages.

Signed this 22<u>nd</u> day of March, 20<u>02</u>.

Marthue Jones #00-92537
1321 N.W. 13th Street
Miami, Florida 33125
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____

Marthue Jones #00-92537
(Signature of plaintiff)

Rev. 11/00

Page 6 of 6